1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

ADAM BROWN,

                Plaintiff,

9          v.

10  CITY OF RENTON, et al.,

11              Defendants.

No. C24-1624RSL

ORDER TO SHOW CAUSE

12
13

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on October 15, 2024. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than February 6, 2025. The Clerk of Court shall note this Show Cause on the Court's calendar for February 7, 2025.

14
15
16
17
18
19
20

DATED this 16th day of January, 2025.

21
22
23

Robert S. Lasnik
United States District Judge

24
25
26

ORDER TO SHOW CAUSE